**FORM B1**
**(Official Form 1) (9/97)**

Blumberg Excelsior Publisher NYC 10013

| UNITED STATES BANKRUPTCY COURT | Northern **DISTRICT OF**   Illinois | **Voluntary Petition** |
|---|---|---|

| Name of Debtor(If individual, enter Last, First, Middle): Meadows, Marques J. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by debtor in the last 6 years (include married, maiden and trade names): Marques Meadows | All Other Names used by the joint debtor in the last 6 years (include married, maiden and trade names): |
| Soc. Sec./Tax I.D. No. (If more than one, state all): XXX-XX-6364 | Soc. Sec./Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. and street, city, state, zip): 450 Howard St. Elk Grove Village,   IL   60007-4345 | Street Address of Joint Debtor (No. and Street, City, State, Zip Code): |
| County of Residence or of the Principal Place of Business: Cook | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (If different from street address) SAME | Mailing Address of Joint Debtor (If different from street address) |

| Location of Principal Assets of Business Debtor (If different from addresses listed above) | NOT APPLICABLE |
|---|---|

### Information Regarding the Debtor  (Check the Applicable Boxes)

**Venue:** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

**Type of Debtor** (Check all applicable box)
■ Individual(s)        ☐ Railroad
☐ Corporation        ☐ Stockbroker
☐ Partnership        ☐ Commodity Broker
☐ Other

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
☐ Chapter 7        ☐ Chapter 11        ■ Chapter 13
☐ Chapter 9        ☐ Chapter 12
☐ Sec. 304-Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
■ Consumer/Non-business        ☐ Business

**Chapter 11, Small Business**  (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
■ Filing fee attached.
☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Offical Form No.3.

### Statistical/Administrative Information (Estimates Only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses p be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets** (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000, $100 m |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

**Estimated Debts** (Check one box)

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000 $100 m |
|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 09/27/2004
Time: 9:16:21
Debtor: MARQUES J MEADOWS
Case: 04-35653    Fee : 194
Chapter: 13 Rec. # : 3102991
Judge: Pamela Hollis
341 mtg: 10/27/2004 @ 02:30PM
ConfHrg: 11/15/2004 @ 11:00AM
Trustee: MARILYN MARSHALL

1:04BK35653-BK001



Blumberg's Law Products
Established 1887

Blumberg Excelsior Publisher NYC 10013

**(Official Form 1) (9/97)**

| Voluntary Petition | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | Marques J. Meadows | |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **Eastern Division** **Northern District of Illinois** | Case Number: **99-09884** | Date Filed: **03/29/1999** |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: **Carol A. Doyle** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature(s) of Debtor (Corporation/Partnership) |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  *X Marques Meadows*
Signature of Debtor

X
Signature of Joint Debtor

Telephone Number (if not represented by attorney)
Date: **09/22/04**

**Signature(s) of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Print or Type Name of Authorized Individual

Title of Authorized Individual by Debtor to File this Petition
Date:

**Signature of Attorney**

X  *Dennis G. Knipp*
Signature of Attorney for Debtor(s)

**Dennis G. Knipp   ARDC # 1491628**
Printed Name of Attorney for Debtor(s)
**Dennis G. Knipp**
Firm Name
**PMB 142, 8926 N. Greenwood Ave.**
Address
**Niles, IL  60714**

**847/562-0729**
Telephone Number
Date: **09/22/04**

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. §110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer
Date:

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. §156.

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that (he or she) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X  *Dennis G. Knipp*          **09/22/04**
Signature of Attorney for Debtor(s)          Date

Blumberg Law Products, Inc. 10013

Form B6 D W (11-95)

In re: Marques J. Meadows          Debtor(s)   Case No.          (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D |
|---|---|---|---|---|---|---|
| A/C # 0040172571 | | J | VALUE $ 225,000.00 | 35,981.24 | 0.00 | |
| Bank of America, N.A. Attn: Bankruptcy Department 475 CrossPark Parkway Getzville, NY 14068 | | | First Mortgage Arrearage on Residence: 450 Howard St. Elk Grove Village, IL 60007-4345 | | | |
| A/C # 0040172571 | | J | VALUE $ 225,000.00 | 109,285.15 | 0.00 | |
| Bank of America, N.A. Attn: Bankruptcy Department 475 CrossPark Parkway Getzville, NY 14068 | | | First Mortgage on Residence: 450 Howard St. Elk Grove Village, IL 60007-4345 | | | |
| A/C # 98CH9934 | | | VALUE $ 0.00 | 0.00 | 0.00 | |
| Bank of America, N.A. c/o Pierce & Associates, P.C. 1 North Dearborn, Suite 1300 Chicago, IL 60602 | | | For Notification Purposes First Mortgage on Residence: 450 Howard St. Elk Grove Village, IL 60007-4345 | | | |
| A/C # XXX-XX-6364 | | | VALUE $ 225,000.00 | 2,823.00 | 0.00 | |
| Internal Revenue Service 230 S. Dearborn STOP 5013-CHI Chicago, IL 60604 | | | Taxes & Interest Assessed Tax Periods:1988,1989,&1990 Federal Tax Lien Filed:11/26/02 Secured by Debtor's Residence | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |

|  | Subtotal -> (Total of this page) | 148,089.39 |
|---|---|---|
|  | Total -> | 148,089.39 |

_____ Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.     (Report total also on Summary of Schedules)

Form B6 E W (Rev 4/98)

Blumberg Dealer Publisher NYC 10013

In re:  **Marques J. Meadows**                                      Debtor(s)  Case No.                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4300 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(3)

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4300 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $1950 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(8).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | C U D * |
|---|---|---|---|---|---|---|
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| | | | Subtotal -> (Total of this page) | 0.00 | | |
| __X__ Continuation Sheets attached. | | | Total -> (use only on last page of the completed Schedule E.) | | | |

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.        (Report total also on Summary of Schedules)

FORM B6F(Official Form6F) (9/97)

In re: __Marques J. Meadows_____ ,          Case No. _____
              Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns).

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 00119218<br>Alexian Brothers Medical Ctr.<br>800 Biesterfield Road<br>Elk Grove Village,IL60007-3397 | | | Medical Services<br>Date of Service:<br>08/05/2003 | | | | 224.21 |
| ACCOUNT NO. 469175-176<br>Alexian Brothers Medical Ctr.<br>c/oRadiology Imaging Coll.Grp.<br>Collection Department<br>P.O. Box 637<br>Frankfort, IL 60423 | | | Debt Collection<br>Medical Services | | | | 44.76 |
| ACCOUNT NO. M0000601<br>Barrington Ortho-He Open MRI<br>Lockbox Dept. 21 8067<br>Chicago, IL 60678-8067 | | | Medical Services | | | | 691.82 |
| ACCOUNT NO. M0000601<br>Barrington Ortho-He Open MRI<br>c/o Lou Harris & Co.<br>P.O. Box 977<br>Northbrook, IL 60065-0977 | | | For Notification Purposes<br>Debt Collection<br>Medical Services | | | | 0.00 |
| ACCOUNT NO. 0830103700083<br>Behinfar Assocs. in Radiology<br>641 E. Butterfield Road<br>Suite 407<br>Lombard, IL 60148-0000 | | | Medical Services<br>Date of Service:<br>02/06/2001 | | | | 270.00 |

|  |  |
|---|---|
| Subtotal | $  1,230.79 |
| Total | $ |

___X___ continuation sheets attached.

(Use only on last page of completed Schedule F.)

FORM B6F

Blumberg Excelsior Publisher NYC 10013

In re: Marques J. Meadows _____   Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 90-3865563 Bonaventure Medical Fdn., LLC. P.O. Box 3597 Springfield, IL 62708-3597 | | | Medical Services Date of Service: 03/18/2002 | | | | 333.00 |
| ACCOUNT NO. P43502 12253 Cardiovascular Associates, SC. 701 Biesterfield Road Elk Grove Village, IL 60007 | | | Medical Services | | | | 185.72 |
| ACCOUNT NO. 041040476 Medicredit Corporation P.O. Box 7206 Columbia, MO 65205-7206 | | | Debt Collection Original Creditor: BankFirst | | | | 2,234.32 |
| ACCOUNT NO. 01969 Midwest Physical & Hand Therap 500 Park Blvd. #LL80C Itasca, IL 60143-3121 | | | Medical Services | | | | 1,667.70 |
| ACCOUNT NO. 27053936 Physician Anesthesia Assc.,SC P.O. Box 4008 Schaumburg, IL 60168-4008 | | | Medical Services | | | | 4,512.60 |
| ACCOUNT NO. 12515644492 Quest Diagnostics Inc. P.O. Box 64500 Baltimore, MD 21264-4500 | | | Medical Service Date of Service: 06/05/2001 | | | | 65.25 |
| ACCOUNT NO. 01 56697 94527 7 Sears Roebuck & Co. P.O. Box 3671 Des Moines, IA 50322 | | | Credit Card | | | | 5,182.14 |

|  |  |
|---|---|
| Subtotal | $   14,180.73 |
| Total | $   15,411.52 |

_____ continuation sheets attached.

(Use only on last page of completed Schedule F.)

Blumberg Excelsior Pub. Inc., NYC 10013

3085W Stmt of Comp.:
Rule 2016(b) (12-95)

# UNITED STATES BANKRUPTCY COURT   Northern **DISTRICT OF**   Illinois

In re: Marques J. Meadows

Debtor(s) Case No.                           (if known)

## STATEMENT
### Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this Case.

(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

|  |  |  |
|---|---|---|
| (a) for legal services rendered or to be rendered in comtemplation of and in connection with this case | $ | 2,200.00 |
| (b) prior to filing this statement, debtor(s) have paid | $ | 0.00 |
| (c) the unpaid balance due and payable is | $ | 2,200.00 |

(3) $         194.00         of the filing fee in this case has been paid.

(4) The services rendered or to be rendered include the following:

(a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.

(b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.

(c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

No Exceptions

(6) The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

No Exceptions

(7) The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

No Exceptions

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

No Exceptions

Respectfully submitted Dennis G. Knipp                    Attorney for Petitioner

Dated:   09/23/04

Attorney's name and address Dennis G. Knipp 8926 N. Greenwood Ave.,#142Niles,IL60714

JC92Clerk's No\ice.W(4-96)                    BlumbergExcelsior, Publisher, NYC 10013

# United States Bankruptcy Court

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR(S)

The purpose of this notice is to acquaint you with the four chapters of the
federal Bankruptcy Code under which you may file a bankruptcy petition. The
bankruptcy law is complicated and not easily described. Therefore, you
should seek the advice of an attorney to learn of your rights and
responsibilities under the law should you decide to file a petition with the
court.  Court employees are prohibited from giving you legal advice.

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law, Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

1.   Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney .

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family owned farm.

I, the debtor, affirm that I have read this notice.

| 09/22/04 | X _Marques Meadows_ | |
|---|---|---|
| DATE | **Marques Meadows**    SIGNATURE OF DEBTOR | CASE NUMBER |

Marques J. Meadows - Debtor
450 Howard St.
Elk Grove Village, IL60007-4345

Behinfar Assocs. in Radiology
641 E. Butterfield Road
Suite 407
Lombard, IL 60148-0000

Dennis G. Knipp
Attorney for Debtor
PMB 142
8926 N. Greenwood Ave.
Niles,  IL  60714

Bonaventure Medical Fdn., LLC.
P.O. Box 3597
Springfield, IL 62708-3597

Alexian Brothers Medical Ctr.
800 Biesterfield Road
Elk Grove Village, IL60007-3397

Cardiovascular Associates, SC.
701 Biesterfield Road
Elk Grove Village, IL 60007

Alexian Brothers Medical Ctr.
c/oRadiology Imaging Coll.Grp.
Collection Department
P.O. Box 637
Frankfort, IL 60423

Internal Revenue Service
230 S. Dearborn
STOP 5013-CHI
Chicago, IL  60604

Bank of America, N.A.
Attn: Bankruptcy Department
475 CrossPark Parkway
Getzville, NY 14068

Medicredit Corporation
P.O. Box 7206
Columbia, MO 65205-7206

Bank of America, N.A.
Attn: Bankruptcy Department
475 CrossPark Parkway
Getzville, NY 14068

Midwest Physical & Hand Therap
500 Park Blvd. #LL80C
Itasca, IL 60143-3121

Bank of America, N.A.
c/o Pierce &  Associates, P.C.
1 North Dearborn, Suite 1300
Chicago,  IL  60602

Physician Anesthesia Assc.,SC
P.O. Box 4008
Schaumburg, IL 60168-4008

Barrington Ortho-He Open MRI
Lockbox Dept. 21 8067
Chicago, IL 60678-8067

Quest Diagnostics Inc.
P.O. Box 64500
Baltimore, MD 21264-4500

Barrington Ortho-He Open MRI
c/o Lou Harris & Co.
P.O. Box 977
Northbrook, IL 60065-0977

Sears Roebuck & Co.
P.O. Box 3671
Des Moines, IA 50322